Melissa S. Rabbani (Cal. Bar No. 283993)   (714) 338-3500
Assistant United States Attorney
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701-4599
Email: melissa.rabbani@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 22-00081-FLA |
| v. | |
| TODD AMENT, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Government's Ex Parte Application for Order Sealing Documents; Declaration of Melissa S. Rabbani, [Proposed] Order Sealing Documents
Documents Under Seal

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

June 28, 2023                                         /s/ Melissa S. Rabbani
Date                                                         Attorney Name
                                                                  United States of America
                                                                  Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                        **NOTICE OF MANUAL FILING OR LODGING**